MINUTE ENTRY   ORDER TO SHOW CAUSE

 Plaintiff was represented in court by Attorney Jay Sorensen.  Defendant Duenas appeared pro se.

 Mr. Duenas reported to the Court that he gives his wife his check to make a $100 monthly payment.  However, his wife has informed him that she does not always make the  full monthly payment.

 Attorney Sorensen argued his motion.  Attorney Sorensen stated that Mrs. Duenas has agreed to sign a settlement agreement with the plaintiffs which is to loan $20,000 to make a lump sum payment of the past due amount.

 Attorney Sorensen moved the Court to hold Mr. Duenas in contempt of Court and to make his monthly payments.  The defendant agreed to make a $75 monthly payment.

 The Court ordered the defendant in contempt of Court.  The court has ordered the defendant to be incarcerated for 3 days for violating the Court's order.  However, the Court stays that order unless payments are not made.  The Court ordered the defendant to make a payment of $75 every 15th of the month beginning next month and for the defendant to hand carry all payments to Mr. Sorensen's office.  The Court has also ordered $400 for attorneys fee and costs.

        Adjourned at 10:35 a.m.;    [MCM EOD 04/18/2003]