MINUTE ENTRY          10:30 a.m.

TEODORO I. ALBIA, et al -vs- COMMONWEALTH SECURITY SERVICES

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Faye Crozat, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Michael White, Attorney for Plaintiff
   George C. Duenas, Defendant

PROCEEDINGS: MOTION FOR ORDER IN AID OF JUDGMENT

 Plaintiff was represented in court by Attorney Michael White.  Defendant appeared pro se.

 Attorney White called witness:

 GEORGE C. DUENAS. CX.

 Attorney White stated that because there were no changed circumstances that he would not be moving the Court to change the standing order.  However, Attorney White moved the Court to order that Mr. Duenas not convey or sale any interest to any property that he may receive from his wife's estate.

 Court inquired of Mr. Duenas if he would be willing to not sell any property that he may receive from his wife's estate.  He so agreed.  Court so ordered.


        Adjourned 10:45 a.m.
;
Applies to: DFT Duenas, George C. [KLL EOD 11/12/2004]