MICHAEL A. WHITE, ESQ. F0122
THE LAW OFFICES OF MICHAEL A. WHITE, LLC
POST OFFICE BOX 5222
SAIPAN, MARIANA ISLANDS 96950
TEL: (670) 234-6547
FAX: (670) 234-9537

ATTORNEY FOR Plaintiff

**F I L E D**
Clerk
District Court

**JAN 1 0 2008**

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

TEODORO I. ALBIA, et al.,                :           CIVIL ACTION NO.  95-00036

    Plaintiffs,                :

    -v-                :

COMMONWEALTH SECURITY        :
SERVICES, and GEORGE C. DUENAS,    :

    Defendants.        :        ORDER

TO:    GEORGE C. DUENAS, DEFENDANT.

YOU ARE HEREBY ORDERED to appear before this Court on *Tuesday* the
*22ND* day of *January*_____, at the hour of *8:45 a*.m., of
the said day, then and there to answer questions concerning any assets which you may have to satisfy
the Judgment which has been rendered against you in the above-captioned matter.

Your failure to appear may subject you to arrest upon a warrant of this court.

DATED, ___*1-10-08*___:

**RECEIVED**

*... 9 2008*

Clerk
District Court
The Northern Mariana Islands

_Alex R Munson_____
ALEX R. MUNSON
District Court Judge