MINTUES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************************

CV-95-0036  January 22, 2008
8:45 a.m.

**TEODORA I. ALBIA, et al. -vs- COMMONWEALTH SECURITY SERVICES AND GEORGE C. DUENAS**

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
Sanae Shmull, Court Reporter
Tina Matsunaga, Deputy Clerk
Michael White, Attorney for Plaintiff

PROCEEDINGS:  HEARING IN AID OF JUDGMENT

Plaintiffs was represented in court by Michael White. Defendant George C. Duenas failed to Appear.

The Court ordered that should the defendant not appear in court today, a bench warrant shall issue for the defendant's arrest.

Adjourned 8:55 a.m.

/s/ Tina Matsunaga, Courtroom Deputy