MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

*********************************************************************************************

CV-95-0036                                                              January 22, 2008
                                                                         4:10 p.m.


**TEODORA I. ALBIA, et al. -vs- COMMONWEALTH SECURITY SERVICES AND GEORGE C. DUENAS**

PRESENT:         Hon. Alex R. Munson, Chief Judge Presiding
                 Sanae Shmull, Court Reporter
                 Tina Matsunaga, Deputy Clerk
                 Michael White, Attorney for Plaintiff
                 George C. Duenas, Defendant


PROCEEDINGS:   HEARING IN AID OF JUDGMENT

    Plaintiffs were represented in court by Michael White. Defendant George C. Duenas appeared pro se.

    Attorney Michael White called Mr. Duenas to the stand and examined the defendant as to his ability to pay the court judgment. Mr. Duenas offered to start payments of $75.00 bi-weekly beginning on February 15, 2008.

    Court granted Mr. White's Motion to accept the defendant's payment plan and also granted Mr. White's Motion for attorney's fees in the amount of $150.00.


                                                          Adjourned 4:20 p.m.


                                                          /s/ Tina Matsunaga, Courtroom Deputy