MICHAEL A. WHITE, ESQ. F0122
THE LAW OFFICES OF MICHAEL A. WHITE, LLC
POST OFFICE BOX 5222
SAIPAN, MARIANA ISLANDS 96950
TELEPHONE 234-6547
FACSIMILE: 234-9537

F I L E D
Clerk
District Court

JAN 23 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

ATTORNEY FOR Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| TEODORA I. ALBIA, et al., | : | CIVIL ACTION NO. 95-00036 |
| Plaintiff, | : | |
| -v- | : | |
| COMMONWEALTH SECURITY SERVICES, | : | |
| AND GEORGE C. DUENAS, | : | |
| Defendants. | : | |

ORDER

This matter came before the Court for hearing on Tuesday, the 22nd day of January, 2008, at 4:00 p.m., upon Plaintiffs' Motion for Order in Aid of Judgment. Plaintiffs were represented by Michael A. White, Esq. Defendant George C. Duenas (hereinafter, "Defendant") appeared personally. Based upon the matters adduced at hearing, good cause appearing, it is hereby

ORDERED, that Defendant shall pay the Judgment in the above-captioned matter at the rate of $75.00 every 15 days, on the 15th and last days of each and every month commencing with February 15, 2008 and continuing every 15 days thereafter until full satisfaction. All payments shall be made to Plaintiff's Attorney. It is

-1-

THE LAW OFFICES OF MICHAEL A. WHITE, LLC
ATTORNEY AT LAW
P.O. BOX 5222 CHRB
SAIPAN, MP 96950

FURTHER ORDERED, that Plaintiff is awarded the sum of $150.00 as attorney's fees and costs incurred in connection with the Motion. This sum shall be added to the balance due upon the judgment in this matter.

DATED: 1-23-08

*/s/ Alex R. Munson*
ALEX R. MUNSON, Chief Judge

**RECEIVED**

JAN 2 3 2008

Clerk
District Court
The Northern Mariana Islands

-2-